

November 30, 2021

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DraftExpress v. BleacherExpress, Inc.,* 1:21-cv-06362 (NRB)

Dear Judge Buchwald:

    We represent Plaintiff DraftExpress Inc. ("Plaintiff") in the above-captioned case. We write pursuant to Section 1.E of the Court's Individual Practices to respectfully request a 30-day extension of time to re-open the case (if the parties do not file a notice of dismissal by such time).

(1) the original deadline is December 2, 2021;

(2) no previous requests for extension have been made;

(3) no previous requests were granted or denied;

(4) Defendant consents to the requested extension.

No other dates will be impacted by this request.

```
Application granted.  The
deadline to re-open the case
is extended until January 4,
2022.  SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 1, 2021

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

